**Electronically Filed
Supreme Court
SCWC-18-0000403
11-DEC-2020
10:19 AM
Dkt. 5 ODAC**

SCWC-18-0000403

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

RYAN KURANISHI,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000403; 1DTA-17-01900)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
And Circuit Judge Souza, assigned by reason of vacancy)

Petitioner Ryan Kuranishi's application for writ of certiorari

filed on October 30, 2020, is hereby rejected.

DATED: Honolulu, Hawai'i, December 11, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Kevin A.K. Souza

